(131 So. 9)

**Lee F. SUTTON et al. v. J. W. BARTER et al.**

**1 Div. 630.**

Supreme Court of Alabama.

Nov. 20, 1930.

Gordon, Edington & Leigh, of Mobile, for petitioners.

Harry T. Smith & Caffey, of Mobile, opposed.

THOMAS, J.

Petition of J. W. Barter and others for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sutton et al. v. Barter et al. (1 Div. 877) 131 So. 6.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.